

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Joey Contreras, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for En Banc Reconsideration and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court